# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CA76 | E2038203 | N. SULLENS | 1281 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒CFR ☐USC ☐State Code |
|---|---|
| 08/17/2024 2015 | 36 CFR 2.34 (a)(1) |

**Place of Offense:** YOSEMITE NATIONAL PARK NORTH PINES CAMPGROUND SITE 502

**Offense Description: Factual Basis for Charge** HAZMAT ☐

DISORDERLY CONDUCT! ENGAGING IN FIGHTING, THREATENING, OR VIOLENT BEHAVIOR

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| Kidd | Raquel | S |

**Street Address:** 300 Sandhill Road B120

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| Page | AZ | 86040 | 12/21/1984 |

### APPEARANCE IS REQUIRED

A ☒ If Box A is checked, you must appear in court. See instructions.
20240817-088
NP24250961

### APPEARANCE IS OPTIONAL

B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

**PAY THIS AMOUNT AT** www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
| | Time |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: In Custody

Original - CVB Copy

*E2038203*