**United States District Court**
**Violation Notice**
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CA76 | E2038204 | N. SULLENS | 1281 |

YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☑ CFR ☐ USC ☐ State Code |
|---|---|
| 08/17/2024  2015 | 36 CFR 2.32(a)(4) |

Place of Offense: YOSEMITE NATIONAL PARK
NORTH PINE CAMP GROUND SITE 502

Offense Description: Factual Basis for Charge   HAZMAT ☐
INTERENCE WITH AGENCY FUNCTIONS
MAKING A FALSE REPORT

**DEFENDANT INFORMATION**   Phone: ( _____ )

| Last Name | First Name | M.I. |
|---|---|---|
| Kidd | Raquel | S |

Street Address: 300 Sandhill Road B120

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| Page | AZ | 86040 | 12/21/1984 |

Tag No. | State | Year | Make/Model | PASS ☐ | Color   CMV ☐

**APPEARANCE IS REQUIRED**
A ☑ If Box A is checked, you must appear in court. See instructions.
20240817-028
NP2425096I

**APPEARANCE IS OPTIONAL**
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT AT www.cvb.uscourts.gov →
$ _____ Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address | Date | Time

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature:  In Custody

Original - CVB Copy

*E2038204*