**United States District Court**
**Violation Notice** (Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CA76 | E2038206 | N. SULLENS | 1281 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☑CFR ☐USC ☐State Code |
|---|---|
| 08/17/2024  2015 | 36 CFR 2.35 (c) |

Place of Offense: YOSEMITE NATIONAL PARK NORTH PINES CAMP GROUND SITE 582

Offense Description: Factual Basis for Charge   HAZMAT ☐
PRENSENCE IN PARK WHILE UNDER THE INFLUENCE OF ALCOHOL TO A DEGREE THAT MAY ENDANGER SELF

**DEFENDANT INFORMATION**  Phone: ( )

| Last Name | First Name | M.I. |
|---|---|---|
| KIDD | RAQUEL | S. |

Street Address: 300 Sand Hill Road B120

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| Page | AZ | 86040 | 12/21/1984 |

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|

**APPEARANCE IS REQUIRED**
A ☑ If Box A is checked, you must appear in court. See instructions.

20240817-088
NP24250961

PAY THIS AMOUNT AT www.cvb.uscourts.gov →

**APPEARANCE IS OPTIONAL**
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
| | Time |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature  In Custody

Original - CVB Copy

*E2038206*