AO 199A (Rev. 12/11- EDCA [Fresno Version 2])  Order Setting Conditions of Release- Misd.

# UNITED STATES DISTRICT COURT
for the

## Eastern  District of California

UNITED STATES OF AMERICA,              )
                                       )
                    v.                 )
                                       )          Case No.      6:24-MJ-00016-HBK
RAQUEL KIDD,                           )

## ORDER SETTING CONDITIONS OF RELEASE
### (Misdemeanor)

IT IS ORDERED that the defendant's release is subject to these conditions:

(1)  The defendant must not violate federal, state, or local law while on release and notify the court within 48 hours if defendant is arrested and/or convicted of any violation of federal, state or local law;

(2)  The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose;

(3)  The defendant shall abstain from the excessive use of alcohol and/or controlled substances unless in possession of a valid prescription given by a licensed medical doctor, medical marijuana is never authorized in federal court even if accompanied by a prescription;

(4)  The defendant shall notify the Court and defendant's counsel of any change of address; and report to the US Marshal's office by no later than 8/23/2023, 4:00 PM

(5)  The defendant must appear at:   U.S. District Court, Yosemite, CA
                                                                          _Place_

       before Magistrate Judge Helena Barch-Kuchta

       on    October 1, 2024 at 10:00 AM
                                          _Date and Time_

I, the defendant, have received this order of release and have either read all the conditions of release set by the court or had them explained to me.  I agree to stay in close contact with my counsel and to apprise my counsel of any change in my conditions and/or contact information.  Finally, I agree and understand to all these conditions and understand that a violation of any of these conditions can result in a warrant for my arrest and subsequent detention.

Date: 8/19/2024
                                                   _Defendant's signature_

Date: 8/19/2024
                                                   _Judicial Officer's Signature_

                                          Magistrate Judge Helena Barch-Kuchta
                                          _Printed name and title_