UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>RACQUEL KIDD,<br>Defendant. | Case No. 6:24-MJ-00016-HBK-1<br><br>ORDER SETTING STATUS CONFERENCE AND WITHHOLDING ISSUANCE OF BENCH WARRANT |

At Defendant's first review hearing held on July 7, 2026, the government requested referral to the United States Probation Office for review of possible violations of Defendant's unsupervised probation. The Court granted the request and set a further hearing for September 8, 2026. (Doc. 19).

On August 21, 2026, the Probation Office filed a report (Doc. 20) identifying three possible violations of probation. The Court held the hearing on September 8, 2026. Defendant failed to appear, and the government requested issuance of a warrant for her arrest. (Doc. 21). The Court makes no finding at this time as to whether Defendant violated any condition of probation.

Accordingly, IT IS ORDERED:

1. A status conference is set for December 8, 2026, at 1:00 p.m., before the undersigned, in Yosemite.

2. Defendant is ORDERED to appear at the status conference. Defendant is granted permission to appear by videoconference using the information provided by the Court.
3. At the status conference, the government shall be prepared to advise the Court whether it seeks (a) modification of the conditions of Defendant's probation; (b) a hearing to determine whether Defendant violated probation and, if so, whether the Court should continue probation, with or without extending its term or modifying or enlarging its conditions, or revoke probation and resentence Defendant pursuant to 18 U.S.C. § 3565; or (c) no further action on the possible violations identified in the Probation Officer's August 21, 2026 report. Any modification or revocation proceedings shall be conducted in accordance with Federal Rule of Civil Procedure 32.1.
4. The Court holds the government's request for a warrant in abeyance and withholds issuance of a bench warrant pending the December 8, 2026 status conference.
5. If Defendant fails to appear at the December 8, 2026 status conference as ordered, the Court will issue a bench warrant for her arrest.
6. Defendant is advised that she has a right to be represented by counsel in any proceeding to determine whether she violated probation and at any hearing to modify the conditions of her probation under Federal Rules of Criminal Procedure 32.1. If Defendant wises to have counsel appointed because she is financially unable to obtain counsel, she shall submit a completed and signed Financial Affidavit (CJA Form 23) to the Court, to hbkorders@caed.uscourt.gov, no later than December 1, 2026, so that the Court may determine her eligibility for appointed counsel before the December 8, 2026 status conference. Any appointment will be made by separate order.
7. The December 8, 2026 hearing is a status conference. The Court will address the status of counsel and the government's intended course of action before setting any necessary further proceedings.
8. The Clerk shall provide Defendant, who currently is not represented by counsel, with the following: a copy of this Order, the minutes from the hearings held on July 7, 2026 (Doc. 19) and September 8, 2026 (Doc. 21), the August 21, 2026 probation

report (Doc. 20), and the CJA Form 23 with instruction.

DONE AND ORDERED:

Dated: November 11, 2026

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE